UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GLOBAL CREDIT & COLLECTION CORP.,

                                        Petitioner,

-against-

HERSCHEL HALBERSTAM,

                                        Respondent.

## CORPORATE DISCLOSURE STATEMENT

Petitioner GLOBAL CREDIT & COLLECTION CORP. hereby certifies that it is not a publicly held or traded corporation, that there are no publicly held or traded corporations which own ten percent or more of its stock, and that it has no corporate parents or subsidiaries which are publicly held or traded.

Dated:   Hicksville, New York
           May 16, 2016

                                                      _____/s/_____
                                                      BRADLEY J. LEVIEN, ESQ. (BL-0503)
                                                     MINTZER, SAROWITZ, ZERIS LEDVA & MEYERS, LLP
                                                     Attorneys for Petitioner
                                                     17 West John Street, Suite 200
                                                     Hicksville, NY 11801
                                                     (516) 939-9200
                                                     File # 007602.000034

TO:    Mr. Adam J. Fishbein
          ADAM J. FISHBEIN, P.C.
          Attorney for Respondent
          483 Chestnut Street
          Cedarhurst, NY  11516