UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 16-1563

Caption [use short title]

Motion for: To dismiss the defendant/appelleant's motion seeking permission for leave to file an appeal.

HALBERSTAM V. GLOBAL CREDIT & COLLECTION

Set forth below precise, complete statement of relief sought:

Plaintiff/Appellee moves to have the appeal dismissed as there is motion for reconsideration concerning defendant/appellant's having been granted leave to seek permission to file an appeal.

MOVING PARTY: Herschel Halberstam
☑ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

OPPOSING PARTY: Global Credit & Collection Corp.

MOVING ATTORNEY: Adam J. Fishbein
OPPOSING ATTORNEY: Bradley J. Levien
[name of attorney, with firm, address, phone number and e-mail]

483 Chestnut Street
Cedarhurst NY 11516   516 791 4400
fishbeinadamj@gmail.com

Mintzer Sarowitz Zeris Ledva & Meyers, LLP
17 West John Street Suite 200 | Hicksville NY 11801  Tel 516.939.9200 |
blevien@defensecounsel.com

Court-Judge/Agency appealed from: EDNY Judge Cogan

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☑ Yes ☐ No ☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:_____

Signature of Moving Attorney:
/s/ Adam J. Fishbein      Date: June 7, 2016      Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

June 3, 2016

**VIA ECF**
Clerk of the Court
United States Court of Appeals
Second Circuit
40 Foley Square
New York, NY 10007

**RE: Halberstam v. Global
16 CV 1563**

Dear Sir or Madam:

I represent the plaintiff in the above matter. On May 5, 2016 Judge Cogan from the Eastern District of New York granted defendant/appellant leave to seek permission to file an appeal. Defendant/Appellant did so timely. However, pursuant to Local Rule, plaintiff/appellee filed a motion for reconsideration before Judge Cogan on May 19, 2016.

Therefore, we take the position that the Second Circuit is currently divested of jurisdiction where we have filed the said motion for reconsideration. *Beauvoir v. Israel*, 794 F.3d 244 (2d Cir. 2015)

We request an order confirming that since the motion for reconsideration before Judge Cogan was filed, the Second Circuit currently lacks jurisdiction to consider whether the defendant/appellant should be granted leave to file an appeal.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc: Counsel of Record