**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s)**: 16-1563

**Caption [use short title]**

**Motion for:** Briefing schedule for defendant's seeking permission for leave to file interlocutory appeal.

Halberstam v. Global Credit & Collection Corp.

Set forth below precise, complete statement of relief sought:

Being that the parties were in the unique circumstance that the defendant/appellant filed a motion for permission to appeal and plaintiff/appellee filed a motion for reconsideration, we took the position that defendant's appeal should be dismissed or stayed pending the motion. Judge Cogan denied the motion for reconsideration so we are now seeking a briefing schedule to oppose defendant's motion with plaintiff requesting 30 days.

**MOVING PARTY:** Herschel Halberstam
**OPPOSING PARTY:** Global Credit & Collection Corp.

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** Adam J. Fishbein
**OPPOSING ATTORNEY:** Bradley J. Levien

[name of attorney, with firm, address, phone number and e-mail]

Adam J. Fishbein, Adam J. Fishbein, P.C.
483 Chestnut Street Cedarhurst NY 11516
516 791 4400 fishbeindadamj@gmail.com

Mintzer Sarowitz Zeris Ledva & Meyers, LLP
17 West John Street Suite 200 | Hicksville NY 11801
Tel 516.939.9200 BLevien@DefenseCounsel.com

**Court-Judge/Agency appealed from:** Judge Cogan Eastern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
_[signature]_   **Date:** July 25, 2016   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)