**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

July 12, 2016

**VIA ECF**
Clerk of the Court
United States Court of Appeals
Second Circuit
40 Foley Square
New York, NY 10007

**RE: Halberstam v. Global
    16 CV 1563**

Dear Sir or Madam:

I represent the plaintiff in the above matter. I am writing this letter as the direction of the Case Manager. On July 6, 2016 Judge Cogan denied the plaintiff's motion for reconsideration. Therefore, we request thirty days to file our response to Global's motion for permission to file an interlocutory appeal.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:     Counsel of Record

**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

July 12, 2016

**VIA ECF**
Clerk of the Court
United States Court of Appeals
Second Circuit
40 Foley Square
New York, NY 10007

**RE: Halberstam v. Global**
    **16 CV 1563**

Dear Sir or Madam:

I represent the plaintiff in the above matter. I am writing this letter as the direction of the Case Manager. On July 6, 2016 Judge Cogan denied the plaintiff's motion for reconsideration. Therefore, we request thirty days to file our response to Global's motion for permission to file an interlocutory appeal.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Counsel of Record

**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

July 12, 2016

**VIA ECF**
Clerk of the Court
United States Court of Appeals
Second Circuit
40 Foley Square
New York, NY 10007

**RE: Halberstam v. Global**
   **16 CV 1563**

Dear Sir or Madam:

I represent the plaintiff in the above matter. I am writing this letter as the direction of the Case Manager. On July 6, 2016 Judge Cogan denied the plaintiff's motion for reconsideration. Therefore, we request thirty days to file our response to Global's motion for permission to file an interlocutory appeal.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Counsel of Record