**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

August 2, 2016

<u>**VIA ECF**</u>
Clerk of the Court
United States Court of Appeals
Second Circuit
40 Foley Square
New York, NY 10007

**RE: Halberstam v. Global**
        **16 CV 1563**

Dear Sir or Madam:

I represent the plaintiff/appellee in the above matter.  As a reply to our motion have the stay lifted and a briefing schedule set, we called the Clerk of the Court before the initial deadline to respond to the petition.  We advised the Clerk that we filed a motion for reconsideration which the Clerk's office agreed albeit uncommon automatically stayed the pending petition.

The Clerk told us to file a motion to dismiss or motion to stay. When the motion for reconsideration was denied we called the clerk and were told that despite this being uncommon, procedural rules are clear the motion for reconsideration on the district level divested the Second Circuit of jurisdiction until finality and we were told now to file a motion to lift the stay once the motion for reconsideration was denied.  We called the Clerk who told us <u>not</u> to file our response yet until we hear from the Court as to a briefing schedule and instead we should file a motion to lift the stay.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Counsel of Record